1  ALDO A. BADINI (SBN 257086)
   abadini@dl.com
2  BRIAN A.E. SMITH (SBN 188147)
   baesmith@dl.com
3  DIANA HUGHES (SBN 267606)
   dhughes@dl.com
4  Dewey & LeBoeuf LLP
   One Montgomery Street, Suite 3500
5  San Francisco, CA 94104
   Telephone: (415) 951-1100
6  Facsimile: (415) 951-1180

7  Counsel for Defendants
   JATOTECH VENTURES, L.P., BANDSPEED, INC.,
8  WILLIAM L. EVERSOLE, WALTER THIRION,
   MOLLY PIERONI, JOEL ROLLINS, BEN JONES,
9  MICHAEL D. FALCON, ERIC J. ROTHFUS and
   WILLIAM D. UNGER

10
   JOHN ANTONI (SBN 163738)
11 antoni@aallp.net
   N.C. DYLAN WILLOUGHBY (SBN 242302)
12 willoughby@aallp.net
   Antoni Albus, LLP
13 11836 W. Pico Boulevard
   Los Angeles, CA 90064
14 Telephone: (310) 954-8020
   Facsimile: (310) 954-8988
15
   Counsel for Plaintiff
16 CAMBRIDGE SILICON RADIO LIMITED

17
                    **UNITED STATES DISTRICT COURT**
18                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **OAKLAND DIVISION**
19
                                              )
20 CAMBRIDGE SILICON RADIO LIMITED,          )   No. CV 12-0333-~~DMR~~ JSW
                    Plaintiff,                )
21                                            )
                                              )
22          v.                                )   **JOINT STIPULATION AND**
                                              )   **[~~PROPOSED~~] ORDER REGARDING**
23                                            )   **TIME TO ANSWER OR OTHERWISE**
   JATOTECH VENTURES, L.P., BANDSPEED,       )   **MOVE, PAGE LIMITS AND BRIEFING**
24 INC., WILLIAM L. EVERSOLE, WALTER         )   **SCHEDULE**
   THIRION, MOLLY PIERONI, JOEL              )
25 ROLLINS, BEN JONES, MICHAEL D.            )
   FALCON, ERIC J. ROTHFUS, WILLIAM D.       )
26 UNGER, and DOES 1-100,                    )
                                              )
27                  Defendants.               )
                                              )
28

---

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                      Case No. 12-0333-DMR
REGARDING TIME TO ANSWER OR OTHERWISE MOVE,
PAGE LIMITS AND BRIEFING SCHEDULE

WHEREAS Plaintiff filed its Complaint on January 20, 2012;

WHEREAS Defendants JatoTech Ventures, L.P., Bandspeed Inc., William L. Eversole, Walter Thirion, Molly Pieroni, Joel Rollins, Ben Jones, Michael D. Falcon, Eric J. Rothfus, and William D. Unger (the "Defendants"), were served with the Complaint during the February 3, 2012 to February 12, 2012 time period;

WHEREAS each Defendant believes it has valid grounds to move to dismiss or seek other appropriate relief with respect to the Complaint;

WHEREAS counsel for the Defendants and counsel for Plaintiff Cambridge Silicon Radio Limited ("Plaintiff") have conferred and agree that it would be most efficient for the Court and the parties to have one consolidated set of briefing papers covering each of the Defendants, rather than filing multiple briefs on multiple schedules;

WHEREAS specifically counsel for the Defendants and the Plaintiff propose that, should a motion be filed, the procedure should be for (i) Defendants to submit a single joint motion to dismiss the Complaint and/or to seek other appropriate relief and a consolidated memorandum of points and authorities in support of their joint motion, rather than individual motions and memoranda; (ii) Plaintiff to submit a single opposition to Defendants' joint motion; and (iii) Defendants to submit a single consolidated reply to Plaintiff's opposition;

WHEREAS counsel for the parties have conferred regarding the briefing schedule for the Defendants' joint motion to dismiss the Complaint and have agreed to the schedule set forth below, and respectfully request that the Court approve the schedule;

WHEREAS, pursuant to the Civil Local Rules of the Northern District of California, each Defendant would be permitted to submit a 25 page brief in support of an individual motion to dismiss, for a total of 250 pages, and Plaintiff would be permitted 25 pages in opposition to each individual motion, for a total of 250 pages;

WHEREAS counsel for the parties agree that while this aggregate number of pages is unnecessary for this briefing, the number of the issues presented in the Complaint

2

JOINT STIPULATION AND [PROPOSED] ORDER  Case No. 12-0333-DMR
REGARDING TIME TO ANSWER OR OTHERWISE MOVE,
PAGE LIMITS AND BRIEFING SCHEDULE

warrant forty (40) pages of briefing for Defendants in support of their joint motion and forty (40) pages of briefing for Plaintiff in opposition. The parties further agree that the page limit for Defendants' reply should be twenty (20) pages;

        IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

        (1)    Defendants each waive any challenges to the sufficiency of process or service of process under Federal Rules of Civil Procedure Rule 12(b)(4) and Rule 12(b)(5);

        (2)    Defendants shall answer or otherwise respond to the Complaint on or before March 28, 2012;

        (3)    If Defendants elect to move, they shall file their consolidated memorandum of points and authorities in support of their joint motion on or before March 28, 2012, which shall not exceed forty (40) pages of text;

        (4)    Plaintiff shall file its opposition to Defendants' joint motion on or before April 30, 2012 and shall not exceed forty (40) pages of text; and

        (5)    Defendants shall file their reply in support of their joint motion on or before May 18, 2012 and shall not exceed twenty (20) pages of text.

Dated: March 2, 2012                      Respectfully submitted,

                                            DEWEY & LEBOEUF LLP

                                            By:   s/Aldo A. Badini

                                                  Aldo A. Badini (SBN 257086)
                                                  Brian A.E. Smith (SBN 188147)
                                                  Diana Hughes (SBN 267606)
                                                  Dewey & LeBoeuf LLP
                                                  One Montgomery Street, Suite 3500
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 951-1100
                                                  Facsimile: (415) 951-1180
                                                  Email: abadini@dl.com

                                                  Counsel for Defendants
                                                  JatoTech Ventures, L.P., Bandspeed, Inc.,
                                                  William L. Eversole, Walter Thirion, Molly

3

JOINT STIPULATION AND [PROPOSED] ORDER                Case No. 12-0333-DMR
REGARDING TIME TO ANSWER OR OTHERWISE MOVE,
PAGE LIMITS AND BRIEFING SCHEDULE

                                Pieroni, Joel Rollins, Ben Jones, Michael D.
                                Falcon, Eric J. Rothfus and William D. Unger

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

                        ANTONI ALBUS, LLP

              By:  s/John Antoni
                    John Antoni (SBN 163738)
                    N.C. Dylan Willoughby (SBN 242302)
                    Antoni Albus, LLP
                    11836 W. Pico Boulevard
                    Los Angeles, CA 90064
                    Telephone:  (310) 954-8020
                    Facsimile:   (310) 954-8988
                    Email:  antoni@aallp.net

                    Counsel for Plaintiff
                    Cambridge Silicon Radio Limited

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __March 7__, 2012

                                                          */s/ Jeffrey S. White*
                                           Hon. Jeffrey S. White
                                           United States District Court

4

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 12-0333-DMR
REGARDING TIME TO ANSWER OR OTHERWISE MOVE,
PAGE LIMITS AND BRIEFING SCHEDULE